Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :     **INDICTMENT**

    - v. -                          :     08 Cr.

ALEXANDER DEJESUS,                  :
    a/k/a "Angel,"
                    Defendant.      **08 CRIM 054**

                                  :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

From on or about January 18, 2006, up to and including on or about April 15, 2006, in the Southern District of New York, ALEXANDER DEJESUS, a/k/a "Angel," the defendant, not being a licensed importer, licensed manufacturer, and licensed dealer of firearms, unlawfully, willfully, and knowingly did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, to wit, DEJESUS sold and arranged for the sale of several firearms to an ATF Special Agent.

(Title 18, United States Code, Section 922(a)(1)(A).)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney