

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/08
```

**By Facsimile**

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

    Re:    United States v. Alexander DeJesus,
            08 Cr. 0054 (WHP)

Dear Judge Pauley:

    To allow the parties to complete discussions of a possible disposition in the above-referenced matter, the Government and the defendant respectfully request that today's conference be adjourned until March 19, 2008, at 2:00 p.m. The Government also requests that the Court exclude time in the above-referenced action until that date. Michael Torres, Esq., counsel for the defendant, has consented to this exclusion of time.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

        By: _____
                      Kenneth A. Polite
                      Assistant United States Attorney
                      (212) 637-2412

cc:    Michael Torres, Esq. (via facsimile)

*Application granted. The conference is adjourned*
**SO ORDERED:** *to March 19, 2008 at 2:15pm*

_____
WILLIAM H. PAULEY III U.S.D.J.
3/7/08