

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

**By Facsimile**

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

    Re:  United States v. Alexander DeJesus,
           08 Cr. 0054 (WHP)

Dear Judge Pauley:

    To allow the parties to complete discussions of a possible disposition in the above-referenced matter, the Government and the defendant respectfully request that the status conference originally scheduled for March 19, 2008, be adjourned until April 18, 2008, at 2:00 p.m. The Government also requests that the Court exclude time in the above-referenced action until that date. Michael Torres, Esq., counsel for the defendant, has consented to this exclusion of time.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

            By:     /s/
                            Kenneth A. Polite
                            Assistant United States Attorney
                            (212) 637-2412

cc:    Michael Torres, Esq. (via facsimile)

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO APRIL 18, 2008 AT 2:00 PM. SPEEDY TRIAL TIME IS EXCLUDED FROM MARCH 19, 2008 UNTIL APRIL 18, 2008 PURSUANT TO 18 USC 3161(h)(8)(A).

SO ORDERED:

/s/
WILLIAM H. PAULEY III U.S.D.J.
3/21/08