06/17/2008 TUE 11:42 FAX                                                                              ☒002/002



**MICHAEL TORRES, P.C.**
903-B SHERIDAN AVENUE
BRONX, NEW YORK 10451
TEL: (718) 992-8500
FAX: (718) 293-4971

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08
```

**MEMO ENDORSED**     June 17, 2008

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re:  United States v. Alexander DeJesus
     08 Cr. 0054 (WHP)

Dear Judge Pauley:

   Last Tuesday, I received a copy of the Pre-Sentence Report on this matter and I will require additional time in which to review the report with Mr. DeJesus.

   The Defendant respectfully request that the sentence scheduled for June 20, 2008 be adjourned until July 18, 2008. I have spoken to Assistant United States Attorney Kenneth Polite regarding this request and he has no objections to the adjournment.

                                    Respectfully submitted,

                                    MICHAEL TORRES, ESQ.

MT/ao
cc:  Kenneth Polite

*Application Granted. The Sentencing is adjourned to July 18, 2008 at 2:45 PM.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6-17-08